■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSEL WEDGEWOOD, Appellant. [601 NYS2d 851] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Mallon, J.), rendered March 4, 1992.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.